IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Nautilus Insurance Company, | ) | Civil Action No. 4:14-cv-04212-RBH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Stealth Security, LLC; El Lojo Lounge, and Kevin L. Chandler, | ) ) | **O R D E R** |
| | ) | |
| Defendants. | ) | |
| | ) | |

This action was originally filed on October 29, 2014, and summonses were issued on the same date. However, the docket reflects no activity on the case other than the filing of the Local Rule 26.01 Answers to Interrogatories by the plaintiff.

The Federal Rules of Civil Procedure require a plaintiff to file proof of service of a defendant pursuant to Rule 4(l); however, as of the date of this Order the plaintiff has not filed such. It must be noted that pursuant to Fed.R.Civ.P. 4(m), service of the summons and complaint must be effected within 120 days after the filing of the complaint. If the plaintiff fails to comply within such time limitation, the court may on its own initiative dismiss the action after notice to the plaintiff. See Fed.R.Civ.P. 4(m); Local Rule 4.01.

Therefore, this court hereby provides notice to the plaintiff that it will dismiss this action without prejudice ten days from the date of this Order if proof of service has not been filed within that time.

1

**IT IS SO ORDERED**.

<u>s/ R. Bryan Harwell</u>
R. Bryan Harwell
United States District Court Judge

March 3, 2015
Florence, South Carolina